UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Dyson, Inc.,

                 Plaintiff(s),

-against-

Danmar Lines, Ltd.,

                 Defendant(s).

------------------------------------x

24 cv 2130 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter no later than August 12, 2024 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                                  _____
                                                  LORETTA A. PRESKA,
                                                  Senior U.S.D.J.

Dated: 8/5/24
New York, New York