UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
Oyson, Inc.,                        :
                                    :    24 Civ. 2130 (LAP)
            Plaintiff,              :
                                    :
      -against-                     :    ORDER OF CONFERENCE
                                    :
Danman Lines Ltd.,                  :
                                    :
            Defendants.             :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

It is hereby

ORDERED that counsel are directed to appear via telephone on September 18, 2024 at 11:00 for an Initial Pretrial conference in the above action. The dial-in for the conference is (877) 402-9753, access code 6545179.

SO ORDERED.

_____
LORETTA A. PRESKA, Senior U.S.D.J.

Dated: September 4, 2024
       New York, New York