

# HILL RIVKINS LLP
45 Broadway, Suite 2110, New York, NY 10006-3776
Tel: 212 669-0600   Fax: 212 669-0698
e-mail: thefirm@hillrivkins.com
Website: www.hillrivkins.com

September 11, 2024

**By ECF**
Hon. Loretta A. Preska
United States District Judge
United States District Court
Southern District of New York

> The initial pretrial conference in the below matter is adjourned until September 26, 2024 at 11:00 a.m.  SO ORDERED.
>
> 09/11/24   _____
>                LORETTA A. PRESKA, U.S.D.J.

Re:  Request to Adjourn Initial Pretrial Conference
     *Dyson, Inc. v. Danmar Lines, Ltd.*
     Case No.: 1:24-cv-2130 (LAP)

Dear Judge Preska:

We represent Plaintiff, Dyson, Inc., and write jointly with counsel for Defendant, Danmar Lines, Ltd., to respectfully make this first request to adjourn the initial pretrial conference scheduled for September 18, 2024, at 11:00 a.m. (ECF no. 8), as the undersigned must attend a previously-scheduled settlement conference before Magistrate Judge Stewart D. Aaron starting at 10:00 a.m. on the same date that we anticipate will last up to three hours.

If Your Honor is available, counsel are available for an initial pretrial conference in this case on September 25 or 26.

We thank the Court for its consideration of this request.

Respectfully submitted,

HILL RIVKINS LLP

Brian P. R. Eisenhower

002 - Court

NEW JERSEY
The Bentley Building | 98 Craig Road
Manalapan, NJ 07726
Tel: 732 838-0300  Fax: 732 316-2365

TEXAS
1000 N. Post Oak Rd., Suite 220
Houston, Texas 77055
Tel: 713 222-1515  Fax: 713 222-1359